The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>               Plaintiff,<br><br>  vs.<br><br>EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS ADMINISTRATORS, LLC, MEDCO HEALTH SOLUTIONS, INC., MERCK-MEDCO, ESI MAIL ORDER PROCESSING, INC., ESI MAIL PHARMACY SERVICE, INC., EXPRESS SCRIPTS PHARMACY, INC., EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC., OPTUMINSIGHT, INC., OPTUMINSIGHT LIFE SCIENCES, INC., THE LEWIN GROUP, INC., INGENIX PHARMACEUTICAL SERVICES, INC., INGENIX, INC., OPTUMRX, INC., AND OPTUM, INC.,<br><br>               Defendants. | Case No. 2:24-cv-00049<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** |

Stipulated Motion to Extend Deadlines
2:24-cv-00049

Quinn Emanuel Urquhart & Sullivan LLP
1109 First Avenue, Suite 210
Seattle, Washington 98101
Tel: (206) 905-7000

Plaintiff King County ("Plaintiff") and Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Express Scripts Specialty Distribution Services, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., The Lewin Group, Inc., OptumRx, Inc., and Optum, Inc. (together, "Defendants") (collectively with Plaintiff, the "Parties") hereby jointly move the Court for an order extending certain existing deadlines.

On October 31, 2023, Plaintiff filed a complaint in King County Superior Court. On January 10, 2024, the Parties filed a stipulation reflecting that Defendants accepted service effective December 14, 2023, and agreeing that Defendants' deadline to respond to the complaint would be extended to March 13, 2024. Dkt. 1-3 at 2, 132–47. On January 10, 2024, Defendants then removed the action to this Court. Dkt. 1.

Pursuant to Fed. R. Civ. P. 81(c)(2)(C), Defendants' deadline to respond to the Complaint would by default be January 17, 2024. However, consistent with the Parties' stipulation filed in King County Superior Court, and in order to allow Defendants sufficient time to investigate Plaintiff's allegations, the Parties jointly ask the Court to extend Defendants' deadline to respond to the Complaint to March 13, 2024. The Parties agree that Defendants do not waive and expressly preserve all defenses, including jurisdictional defenses.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED January 16, 2024

| KELLER ROHRBACK L.L.P. | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| /s/ David J. Ko | /s/ Alicia Cobb |
| Lynn Lincoln Sarko, WSBA #16569<br>Derek W. Loeser, WSBA #24274<br>Gretchen Freeman Cappio, WSBA #29576<br>David J. Ko, WSBA #38299<br>Dean N. Kawamoto, WSBA #43850<br>Alison S. Gaffney, WSBA #45565<br>Kylie N. Fisher, WSBA #56982<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101 | Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>*Attorneys for Defendants Express Scripts,* |

STIPULATED MOTION TO EXTEND DEADLINES
2:24-cv-00049

1

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000

Phone: (206) 623-1900
Fax: (206) 623-3384
lsarko@kellerrohrback.com
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com
dko@kellerrohrback.com
dkawamoto@kellerrohrback.com
agaffney@kellerrohrback.com
kfisher@kellerrohrback.com

*Attorneys for Plaintiff King County*

*Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Express Scripts Specialty Distribution Services, Inc.*

MCDOUGALD LAW GROUP P.S.

*/s/ Shannon L. McDougald*
Shannon L. McDougald, WSBA #24231
McDougald Law Group P.S.
7900 SE 28th Street, Suite 500
Mercer Island, WA 98004
T: 425-455-2060
F: 425-455-2070
smcdougald@mcdougaldlaw.com

*Attorneys for Defendant OptumInsight, Inc., OptumInsight Life Sciences, Inc., The Lewin Group, Inc., OptumRx, Inc., and Optum, Inc.*

IT IS SO ORDERED.

Dated this 17th day of January, 2024.

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO EXTEND DEADLINES
2:24-cv-00049

2

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 FIRST AVENUE, SUITE 210
SEATTLE, WASHINGTON 98101
Tel: (206) 905-7000