THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>Plaintiff,<br><br>vs.<br><br>EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS ADMINISTRATORS, LLC, MEDCO HEALTH SOLUTIONS, INC., MERCK-MEDCO, ESI MAIL ORDER PROCESSING, INC., ESI MAIL PHARMACY SERVICE, INC., EXPRESS SCRIPTS PHARMACY, INC., EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC., OPTUMINSIGHT, INC., OPTUMINSIGHT LIFE SCIENCES, INC., THE LEWIN GROUP, INC., INGENIX PHARMACEUTICAL SERVICES, INC., INGENIX, INC., OPTUMRX, INC., AND OPTUM, INC.,<br><br>Defendants. | Case No. 2:24-cv-00049-BJR<br><br>**ORDER GRANTING <u>IN PART</u> MOTION FOR LEAVE TO FILE OVER-LENGTH MOTIONS TO DISMISS** |

1

ORDER GRANTING IN PART
MOTION FOR LEAVE TO FILE
OVER-LENGTH MOTIONS TO DISMISS
2:24-CV-00049-BJR

MCDOUGALD LAW GROUP P.S.
7900 SE 28TH STREET, SUITE 500
MERCER ISLAND, WA 98004
TEL: (425) 455-2060

This matter came before the Court on Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Express Scripts Specialty Distribution Services, Inc.; OptumRx, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; and The Lewin Group, Inc.'s Motion for Leave to File Over-Length Motions to Dismiss. After due consideration, the Court rules as follows:

(1) The motion is GRANTED in part as follows.

(2) Moving defendants are granted an additional 5 pages for their 12(b)(6) motion to dismiss for failure to state a claim, with the total number of pages not to exceed 20 pages.

(3) Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., and the Lewin Group, Inc. are granted an additional 5 pages for their 12(b)(2) motion to dismiss for lack of personal jurisdiction, with the total number of pages not to exceed 20 pages.

**IT IS SO ORDERED.**

Dated this 12th day of March, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MCDOUGALD LAW GROUP P.S. |
| | /s/ Shannon McDougald |
| /s/ Alicia Cobb | Shannon L. McDougald, WSBA #24231 |
| Alicia Cobb (WSBA #48685) | 7900 SE 28th Street, Suite 500 |
| 1109 First Avenue, Suite 210 | Mercer Island, WA 98004 |
| Seattle, Washington 98101 | T: 425-455-2060 |
| Phone (206) 905-7000 | F: 425-455-2070 |
| Fax (206) 905-7100 | smcdougald@mcdougaldlaw.com |
| aliciacobb@quinnemanuel.com | |
| | Brian D. Boone (*pro hac vice*) |
| Michael Lyle (*pro hac vice*) | ALSTON & BIRD LLP |
| Jonathan G. Cooper (*pro hac vice*) | 1120 South Tryon Street, Suite 300 |
| 1300 I St. NW, Suite 900 | Charlotte, NC 28203 |

2

ORDER GRANTING IN PART
MOTION FOR LEAVE TO FILE
OVER-LENGTH MOTIONS TO DISMISS
2:24-CV-00049-BJR

MCDOUGALD LAW GROUP P.S.
7900 SE 28TH STREET, SUITE 500
MERCER ISLAND, WA 98004
TEL: (425) 455-2060

Washington, DC 20005
T: 202-538-6600
F: 202-538-6700
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

Danielle L. Gilmore (*pro hac vice*)
Sage R. Vanden Heuvel (*pro hac vice*)
865 S. Figueroa St., 10th Fl.
Los Angeles, CA 90017
T: 213-443-3000
F: 213-443-3100
daniellegilmore@quinnemanuel.com
sagevandenheuvel@quinnemanuel.com

*Attorneys for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Express Scripts Specialty Distribution Services, Inc.*

T: 704-444-1000
F: 704-444-1111
brian.boone@alston.com

Kimberly K. Chemerinsky (*pro hac vice*)
ALSTON & BIRD LLP
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071-1410
T: 213-576-1000
F: 213- 576-1100
kim.chemerinsky@alston.com

Caroline Rawls Strumph (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
T: 404-881-7000
F: 404-881-7777
caroline.strumph@alston.com

*Attorneys for Defendants OptumRx, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., and The Lewin Group, Inc.*

3

ORDER GRANTING IN PART
MOTION FOR LEAVE TO FILE
OVER-LENGTH MOTIONS TO DISMISS
2:24-CV-00049-BJR

MCDOUGALD LAW GROUP P.S.
7900 SE 28TH STREET, SUITE 500
MERCER ISLAND, WA 98004
TEL: (425) 455-2060