The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY,

               Plaintiff,

v.

EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS ADMINISTRATORS, LLC, MEDCO HEALTH SOLUTIONS, INC., MERCK-MEDCO, ESI MAIL ORDER PROCESSING, INC., ESI MAIL PHARMACY SERVICE, INC., EXPRESS SCRIPTS PHARMACY, INC., EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC., OPTUMINSIGHT, INC., OPTUMINSIGHT LIFE SCIENCES, INC., THE LEWIN GROUP, INC., INGENIX PHARMACEUTICAL SERVICES, INC., INGENIX, INC., OPTUMRX, INC., AND OPTUM, INC.,

               Defendants.

Case No. 2:24-cv-00049-BJR

**STIPULATED MOTION AND ORDER TO EXTEND DEADLINES**

    Plaintiff King County ("Plaintiff") and Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Express Scripts Specialty Distribution Services, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., The Lewin Group, Inc.,

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES
(2:24-cv-00049-BJR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

OptumRx, Inc., and Optum, Inc. (together, "Defendants") (collectively with Plaintiff, the "Parties") hereby jointly move the Court for an order extending certain existing deadlines.

On March 13, 2024, Defendants filed two motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6). Dkts. 43 and 44. In response to these motions, Plaintiff intends to file an amended complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B). Plaintiff's deadline to file the amended complaint would be April 3, 2024. In order to allow Plaintiff sufficient time to address the various issues raised by Defendants' two motions to dismiss, the Parties jointly ask the Court to extend Plaintiff's deadline to file its amended complaint by sixteen (16) days to April 19, 2024.

The Parties further agree to extend the deadlines contained in Dkt. 40 by an equal amount of time (sixteen (16) days): the FRCP 26(f) Conference Deadline is now June 6, 2024, the Initial Disclosure Deadline is now June 13, 2024, and the Joint Status Report is now due June 20, 2024.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED this 27th day of March, 2024.

| **KELLER ROHRBACK L.L.P.** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| By */s/ David J. Ko* <br> Derek W. Loeser, WSBA #24274 <br> David J. Ko, WSBA #38299 <br> Alison S. Gaffney, WSBA #45565 <br> Matthew Gerend, WSBA #43276 <br> Matthew Melamed, *admitted pro hac vice* <br> Andrew Lindsay, WSBA #60386 <br> 1201 Third Avenue, Suite 3200 <br> Seattle, WA 98101 <br> Phone: (206) 623-1900 <br> Fax: (206) 623-3384 <br><br> ***Attorneys for Plaintiff King County*** | */s/ Alicia Cobb* <br> Alicia Cobb, WSBA #48685 <br> 1109 First Avenue, Suite 210 <br> Seattle, Washington 98101 <br> Phone (206) 905-7000 <br> Fax (206) 905-7100 <br> aliciacobb@quinnemanuel.com <br><br> ***Attorneys for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Express Scripts Specialty Distribution Services, Inc.*** |

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES (2:24-cv-00049-BJR) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

|  | **MCDOUGALD LAW GROUP P.S.**<br><br>*/s/ Shannon L. McDougald*<br>Shannon L. McDougald, WSBA #24231<br>7900 SE 28th Street, Suite 500<br>Mercer Island, WA 98004<br>T: 425-455-2060<br>F: 425-455-2070<br>smcdougald@mcdougaldlaw.com<br><br>***Attorneys for Defendant OptumInsight, Inc., OptumInsight Life Sciences, Inc., The Lewin Group, Inc., OptumRx, Inc., and Optum, Inc.*** |
|---|---|

IT IS SO ORDERED.

DATED this 2nd day of April, 2024.

*[signature: Barbara J. Rothstein]*

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER TO EXTEND DEADLINES
(2:24-cv-00049-BJR) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384