The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS ADMINISTRATORS, LLC, MEDCO HEALTH SOLUTIONS, INC., MERCK-MEDCO, ESI MAIL ORDER PROCESSING, INC., ESI MAIL PHARMACY SERVICE, INC., EXPRESS SCRIPTS PHARMACY, INC., EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC., OPTUMINSIGHT, INC., OPTUMINSIGHT LIFE SCIENCES, INC., THE LEWIN GROUP, INC., INGENIX PHARMACEUTICAL SERVICES, INC., INGENIX, INC., OPTUMRX, INC., and OPTUM, INC.,<br><br>    Defendants. | Case No. 2:24-cv-00049-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE AND OTHER PRETRIAL DEADLINES**<br><br>Noting Date: April 30, 2024 |

1

Order Granting Stipulated Motion
to Extend Motion to Dismiss Briefing
Schedule & Other Pretrial Deadlines
2:24-cv-00049-BJR

McDougald Law Group P.S.
7900 SE 28th Street, Suite 500
Mercer Island, WA 98004
Tel: (425) 455-2060

This matter came before the Court on Plaintiff King County ("Plaintiff") and Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Express Scripts Specialty Distribution Services, Inc.; OptumRx, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; and The Lewin Group, Inc. (together, "Defendants") (collectively with Plaintiff, the "Parties") Joint Stipulation to Extend Motion to Dismiss Briefing Schedule and Other Pretrial Deadlines. After due consideration, the Court rules as follows:

(1) The stipulation is GRANTED.

(2) The deadline for Defendants to move to dismiss (or otherwise respond to) the Amended Complaint will be **June 3, 2024**.

(3) The deadline for Plaintiff to file opposition brief(s) to the motion(s) to dismiss will be **August 2, 2024**.

(4) The deadline for Defendants to file reply brief(s) in support of the motion(s) to dismiss will be **September 2, 2024**.

(5) The FRCP Rule 26(f) Conference must be held on or before **October 2, 2024**.

(6) Initial disclosures must be exchanged on or before **October 9, 2024**.

(7) The Parties' Joint Status Report must be filed on or before **October 16, 2024**.

The parties should not expect a further extension of these deadlines.

**IT IS SO ORDERED.**

DATED this 2nd day of May, 2024.

Barbara Jacobs Rothstein
U.S. District Court Judge

2

ORDER GRANTING STIPULATED MOTION
TO EXTEND MOTION TO DISMISS BRIEFING
SCHEDULE & OTHER PRETRIAL DEADLINES
2:24-CV-00049-BJR

MCDOUGALD LAW GROUP P.S.
7900 SE 28TH STREET, SUITE 500
MERCER ISLAND, WA 98004
TEL: (425) 455-2060

Presented by:

| KELLER ROHRBACK L.L.P.<br><br>By */s/ David J. Ko*<br>Derek W. Loeser, WSBA #24274<br>David J. Ko, WSBA #38299<br>Alison S. Gaffney, WSBA #45565<br>Matthew Gerend, WSBA #43276<br>Matthew Melamed, *admitted pro hac vice*<br>Andrew Lindsay, WSBA #60386<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Phone: (206) 623-1900<br>Fax: (206) 623-3384<br><br>***Attorneys for Plaintiff King County*** | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>*/s/ Alicia Cobb*<br>Alicia Cobb, WSBA #48685<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>***Attorneys for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Express Scripts Specialty Distribution Services, Inc.*** |
| --- | --- |
|  | MCDOUGALD LAW GROUP P.S.<br><br>*/s/ Shannon L. McDougald*<br>Shannon L. McDougald, WSBA #24231<br>7900 SE 28th Street, Suite 500<br>Mercer Island, WA 98004<br>T: 425-455-2060<br>F: 425-455-2070<br>smcdougald@mcdougaldlaw.com<br><br>***Attorneys for Defendant OptumInsight, Inc., OptumInsight Life Sciences, Inc., The Lewin Group, Inc., OptumRx, Inc., and Optum, Inc.*** |

3

ORDER GRANTING STIPULATED MOTION
TO EXTEND MOTION TO DISMISS BRIEFING
SCHEDULE & OTHER PRETRIAL DEADLINES
2:24-CV-00049-BJR

MCDOUGALD LAW GROUP P.S.
7900 SE 28TH STREET, SUITE 500
MERCER ISLAND, WA 98004
TEL: (425) 455-2060