THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>Plaintiff,<br><br>vs.<br><br>EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS ADMINISTRATORS, LLC, MEDCO HEALTH SOLUTIONS, INC., MERCK-MEDCO, ESI MAIL ORDER PROCESSING, INC., ESI MAIL PHARMACY SERVICE, INC., EXPRESS SCRIPTS PHARMACY, INC., EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC., OPTUMINSIGHT, INC., OPTUMINSIGHT LIFE SCIENCES, INC., THE LEWIN GROUP, INC., INGENIX PHARMACEUTICAL SERVICES, INC., INGENIX, INC., OPTUMRX, INC., AND OPTUM, INC.,<br><br>Defendants. | Case No. 2:24-cv-00049-BJR<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION TO DISMISS AND OPPOSITION BRIEFS** |

1

ORDER GRANTING JOINT
MOTION FOR LEAVE TO FILE OVER-LENGTH
MOTION TO DISMISS & OPPOSITION BRIEFS
2:24-CV-00049-BJR

MCDOUGALD LAW GROUP P.S.
7900 SE 28TH STREET, SUITE 500
MERCER ISLAND, WA 98004
TEL: (425) 455-2060

This matter came before the Court on Plaintiff King County and Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Express Scripts Specialty Distribution Services, Inc.; OptumRx, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; and The Lewin Group, Inc.'s Joint Motion for Leave to File Over-Length Motion to Dismiss and Opposition Briefs. After due consideration, the Court rules as follows:

(1) The motion is GRANTED.

(2) Moving defendants are granted an additional 5 pages for their 12(b)(6) motion to dismiss for failure to state a claim, with the total number of pages not to exceed 20 pages.

(3) Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., and the Lewin Group, Inc. are granted an additional 5 pages for their 12(b)(2) motion to dismiss for lack of personal jurisdiction, with the total number of pages not to exceed 20 pages.

(4) Plaintiff is granted an additional 5 pages for its opposition briefs, with the total number of pages not to exceed 20 pages.

**IT IS SO ORDERED.**

Dated this 3rd day of June, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

2

ORDER GRANTING JOINT
MOTION FOR LEAVE TO FILE OVER-LENGTH
MOTION TO DISMISS & OPPOSITION BRIEFS
2:24-CV-00049-BJR

MCDOUGALD LAW GROUP P.S.
7900 SE 28TH STREET, SUITE 500
MERCER ISLAND, WA 98004
TEL: (425) 455-2060

Presented by:

| **KELLER ROHRBACK L.L.P.**<br><br>By */s/ Derek Loeser*<br>Derek W. Loeser, WSBA #24274<br>David J. Ko, WSBA #38299<br>Alison S. Gaffney, WSBA #45565<br>Matthew Gerend, WSBA #43276<br>Matthew Melamed, *admitted pro hac vice*<br>Andrew Lindsay, WSBA #60386<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Phone: (206) 623-1900<br>Fax: (206) 623-3384<br><br>***Attorneys for Plaintiff King County*** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>*/s/ Alicia Cobb*<br>Alicia Cobb, WSBA #48685<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>***Attorneys for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Express Scripts Specialty Distribution Services, Inc.*** |
|---|---|
| | **MCDOUGALD LAW GROUP P.S.**<br><br>*/s/ Shannon McDougald*<br>Shannon L. McDougald, WSBA #24231<br>7900 SE 28th Street, Suite 500<br>Mercer Island, WA 98004<br>T: 425-455-2060<br>F: 425-455-2070<br>smcdougald@mcdougaldlaw.com<br><br>***Attorneys for Defendant OptumInsight, Inc., OptumInsight Life Sciences, Inc., The Lewin Group, Inc., OptumRx, Inc., and Optum, Inc.*** |