The Honorable Barbara J. Rothstein

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10    KING COUNTY,

11                                        Plaintiff,

Case No. 2:24-cv-00049-BJR

12         v.

13    EXPRESS SCRIPTS, INC., EXPRESS
SCRIPTS ADMINISTRATORS, LLC, MEDCO
14    HEALTH SOLUTIONS, INC., MERCK-
MEDCO, ESI MAIL ORDER PROCESSING,
15    INC., ESI MAIL PHARMACY SERVICE, INC.,
EXPRESS SCRIPTS PHARMACY, INC.,
16    EXPRESS SCRIPTS SPECIALTY
DISTRIBUTION SERVICES, INC.,
17    OPTUMINSIGHT, INC., OPTUMINSIGHT
LIFE SCIENCES, INC., THE LEWIN GROUP,
18    INC., INGENIX PHARMACEUTICAL
SERVICES, INC., INGENIX, INC.,
19    OPTUMRX, INC., AND OPTUM, INC.,

**STIPULATED MOTION AND ORDER
TO FILE UNDER SEAL PLAINTIFF'S
AMENDED COMPLAINT**

20

21                                       Defendants.

22

23

24

25

26

STIPULATED MOTION AND ORDER TO FILE UNDER SEAL
PLAINTIFF'S AMENDED COMPLAINT
(2:24-cv-00049-BJR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 300
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

2

Pursuant to Local Civil Rule ("LCR") 5(g)(3), Plaintiff King County and Defendants[1] jointly move the Court for an order to file under seal Plaintiff's Amended Complaint, Dkt. 51.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

The parties make this request because portions of Plaintiff's Amended Complaint quote and describe the content of multiple documents that were produced under protective orders in the national opioid multidistrict litigation, *In re National Prescription Opiate Litigation*, No. 17-md-2804 (N.D. Ohio) (the "Opioid MDL"), and were designated "Confidential," "Highly Confidential," or "Highly Confidential – Attorneys' Eyes Only" by the producing parties in that litigation. In accordance with LCR 5(g)(3)(B), Defendants represent that the contents of these documents should remain sealed because of their designations under the Opioid MDL protective orders and because they contain Defendants' confidential and sensitive business information, including confidential internal business strategy. *See, e.g.*, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (sealing is appropriate to prevent the "release [of] trade secrets"); *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016) (sealing is appropriate to prevent public disclosure of "sources of business information that might harm a litigant's competitive standing"); *McCurley v. Royal Seas Cruises, Inc.*, 2018 WL 3629945, at *1 (S.D. Cal. July 31, 2018) (courts "routinely permit the sealing of records containing business information which competitors could potentially misuse if disclosed"); *Res Exhibit Servs., LLC v. LNW Gaming, Inc.*, 2023 WL 4826506, at *1 (D. Nev. June 21, 2023) (granting motion to seal

22

23

24

25

26

---

[1] Defendants in the instant action are Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Express Scripts Specialty Distribution Services, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., The Lewin Group, Inc., OptumRx, Inc., and Optum, Inc. The Parties agree that Defendants maintain all of their defenses and do not waive any defense, including the jurisdictional defenses raised in the pending Motions to Dismiss.

STIPULATED MOTION AND ORDER TO FILE UNDER SEAL
PLAINTIFF'S AMENDED COMPLAINT
(2:24-cv-00049-BJR) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 300
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1
2

because the "material contain[ed] proprietary business information and contents of contractual

agreements between the parties").

3
4
5
6
7
8
9
10
11
12
13
14

The parties submit this stipulation now because, at the time of the filing of the Amended

Complaint and briefing of the motions to dismiss under Rules 12(b)(2) and 12(b)(6), they were

conferring over which documents produced in the Opioid MDLcould be used in this litigation

based on Defendants' various levels of confidentiality designations on certain documents and the

associated restrictions on their use. The parties have now resolved those issues in connection with

a stipulation the Court approved on October 2, 2024 at Dkt. No. 78. The stipulated order recognizes

that certain documents Defendants produced in the Opioid MDL, including all of the documents

referenced in Plaintiffs' Amended Complaint, are deemed produced in this litigation. *Id.* at 2-3.

Since Plaintiffs provided Defendants with the sealed version of the Amended Complaint when

they filed the redacted version, no party has been prejudiced by the date of this filing.

15
16
17
18
19
20
21
22

As required by LCR 5(g)(3)(A), the parties certify that prior to the filing of this motion,

they conferred numerous times, including most recently on October 17, 2024, in an attempt to

avoid the filing of this motion. The parties conferred via email on which numerous counsel for all

parties were cc'd, with Matthew Melamed the primary participant for Plaintiff, and Alex

Ackerman, Omar Morquecho, and Sage R. Vanden Heuvel the primary participants for

Defendants. Given the confidentiality designations referenced above, the parties agreed to file this

stipulated motion.

23

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

24

DATED this 29th day of October, 2024.

25
26

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 300
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**

2

3

*/s/ Alicia Cobb*
Alicia Cobb, WSBA #48685
1109 First Avenue, Suite 210

4

Seattle, Washington 98101

5

Phone (206) 905-7000
Fax (206) 905-7100

6

aliciacobb@quinnemanuel.com

7

*Attorneys for Defendants Express*

8

*Scripts, Inc., Express Scripts*
*Administrators, LLC, Medco Health*

9

*Solutions, Inc., ESI Mail Order*
*Processing, Inc, ESI Mail Pharmacy*

10

*Service, Inc., Express Scripts Pharmacy,*
*Inc., Express Scripts Specialty*

11

*Distribution Services, Inc.*

12

**MCDOUGALD LAW GROUP P.S.**

13

14

*/s/ Shannon McDougald*
Shannon L. McDougald, WSBA #24231
7900 SE 28th Street, Suite 500

15

Mercer Island, WA 98004

16

T: 425-455-2060
F: 425-455-2070

17

smcdougald@mcdougaldlaw.com

18

*Attorneys for Defendant OptumInsight,*

19

*Inc., OptumInsight Life Sciences, Inc.,*
*The Lewin Group, Inc., OptumRx, Inc.,*

20

*and Optum, Inc.*

21

22

23

**IT IS SO ORDERED.**

24

25

29th of October, 2024

26

Dated

**KELLER ROHRBACK L.L.P.**

By */s/ David J. Ko*
Derek W. Loeser, WSBA #24274
David J. Ko, WSBA #38299
Alison S. Gaffney, WSBA #45565
Matthew Gerend, WSBA #43276
Andrew Lindsay, WSBA #60386
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

**KELLER ROHRBACK L.L.P.**
Matthew Melamed, *admitted pro hac vice*
180 Grand Ave, Suite 1380
Oakland, CA 94612
Phone: (510) 463-3900

*Attorneys for Plaintiff*

Hon. Barbara J. Rothstein
United States District Judge

STIPULATED MOTION AND ORDER TO FILE UNDER SEAL
PLAINTIFF'S AMENDED COMPLAINT
(2:24-cv-00049-BJR) - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 300
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**CERTIFICATE OF SERVICE**

I, David Ko, hereby certify that on October 29, 2024, I electronically filed the

**STIPULATED MOTION AND [PROPOSED] ORDER TO FILE UNDER SEAL**

**PLAINTIFF'S AMENDED COMPLAINT** with the clerk of the United States District Court

for the Western District of Washington using the CM/ECF system, which shall send electronic

notification to all counsel of record.

/s/ David J. Ko
David J. Ko

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 300
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384