The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>             Plaintiff,<br><br>  vs.<br><br>EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS ADMINISTRATORS, LLC, MEDCO HEALTH SOLUTIONS, INC., MERCK-MEDCO, ESI MAIL ORDER PROCESSING, INC., ESI MAIL PHARMACY SERVICE, INC., EXPRESS SCRIPTS PHARMACY, INC., EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC., OPTUMINSIGHT, INC., OPTUMINSIGHT LIFE SCIENCES, INC., THE LEWIN GROUP, INC., INGENIX PHARMACEUTICAL SERVICES, INC., INGENIX, INC., OPTUMRX, INC., and OPTUM, INC.,<br><br>             Defendants. | Case No. 2:24-cv-00049-BJR<br><br>**ORDER GRANTING DEFENDANTS' SECOND UNOPPOSED MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER** |

1  This matter came before the Court on Defendants Express Scripts, Inc.; Express Scripts Administrators, LLC; Medco Health Solutions, Inc.; ESI Mail Order Processing, Inc.; ESI Mail Pharmacy Service, Inc.; Express Scripts Pharmacy, Inc.; Express Scripts Specialty Distribution Services, Inc.; OptumRx, Inc.; Optum, Inc.; OptumInsight, Inc.; OptumInsight Life Sciences, Inc.; and The Lewin Group, Inc.'s (collectively, Defendants) Second Unopposed Motion to Extend Defendants' Time to Answer. After due consideration, and for good cause shown, the Court GRANTS Defendants' motion. Defendants shall have until June 10, 2025 to answer the Amended Complaint.

**IT IS SO ORDERED.**

Dated this 22nd day of May, 2025

_____
Hon. Barbara J. Rothstein
United States District Judge

Presented by:

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br> /s/Alicia Cobb<br>Alicia Cobb (WSBA #48685)<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>Phone (206) 905-7000<br>Fax (206) 905-7100<br>aliciacobb@quinnemanuel.com<br><br>Michael Lyle (*pro hac vice*)<br>Jonathan G. Cooper (*pro hac vice*)<br>Christopher G. Michel (*pro hac vice*)<br>1300 I St. NW, Suite 900<br>Washington, DC 20005<br>T: 202-538-6600<br>F: 202-538-6700<br>mikelyle@quinnemanuel.com<br>jonathancooper@quinnemanuel.com<br>christophermichel@quinnemanuel.com<br><br>Danielle L. Gilmore (*pro hac vice*)<br>Sage R. Vanden Heuvel (*pro hac vice*)<br>865 S. Figueroa St., 10th Fl.<br>Los Angeles, CA 90017<br>T: 213-443-3000<br>F: 213-443-3100<br>daniellegilmore@quinnemanuel.com<br>sagevandenheuvel@quinnemanuel.com<br><br>*Attorneys for Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Express Scripts Specialty Distribution Services, Inc.* | **MCDOUGALD LAW GROUP P.S.**<br><br> /s/ Shannon McDougald<br>Shannon L. McDougald (WSBA #24231)<br>7900 SE 28th Street, Suite 500<br>Mercer Island, WA 98004<br>T: (425) 455-2060<br>F: (425) 455-2070<br>smcdougald@mcdougaldlaw.com<br><br>**ALSTON & BIRD LLP**<br>Brian D. Boone (*pro hac vice*)<br>1120 South Tryon Street, Suite 300<br>Charlotte, NC 28203<br>T: (704) 444-1000<br>F: (704) 444-1111<br>brian.boone@alston.com<br><br>Caroline Rawls Strumph (*pro hac vice*)<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>T: (404) 881-7000<br>F: (404) 881-7777<br>caroline.strumph@alston.com<br><br>Alexander Akerman (*pro hac vice*)<br>Omar Morquecho (*pro hac vice*)<br>350 South Grand Avenue, 51st Floor<br>Los Angeles, CA 90071<br>T: (213) 576-1000<br>F: (213) 576-1100<br>alex.akerman@alston.com<br>omar.morquecho@alston.com<br>Meghan McBerry (*pro hac vice*)<br>55 Second Street, Suite 2100<br>San Francisco, CA 94105<br>T: (415) 243-1000<br>F: (415) 243-1001<br>meghan.mcberry@alston.com<br><br>*Attorneys for OptumRx, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., and The Lewin Group, Inc.* |