1                                          The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KING COUNTY,

                       Plaintiff,

    v.

EXPRESS SCRIPTS, INC., EXPRESS SCRIPTS ADMINISTRATORS, LLC, MEDCO HEALTH SOLUTIONS, INC., MERCK-MEDCO, ESI MAIL ORDER PROCESSING, INC., ESI MAIL PHARMACY SERVICE, INC., EXPRESS SCRIPTS PHARMACY, INC., EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC., OPTUMINSIGHT, INC., OPTUMINSIGHT LIFE SCIENCES, INC., THE LEWIN GROUP, INC., INGENIX PHARMACEUTICAL SERVICES, INC., INGENIX, INC., OPTUMRX, INC., AND OPTUM, INC.,

                       Defendants.

Case No. 2:24-cv-00049-BJR

**STIPULATED MOTION AND ORDER EXTENDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES**

STIPULATED MOTION AND ORDER
(Case No. 2:24-cv-00049-BJR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Plaintiff King County ("Plaintiff") and Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Express Scripts Specialty Distribution Services, Inc. (the "Express Scripts Defendants"), OptumRx, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., and The Lewin Group, Inc. (the "Optum Defendants") (collectively "Defendants") hereby stipulate as follows:

WHEREAS, on June 10, 2025, Defendants filed their Answers to Plaintiff's Amended Complaint, Dkt. Nos. 98–99;

WHEREAS, in response to Plaintiff's Complaint, the Express Scripts Defendants have asserted 46 affirmative defenses, and the Optum Defendants have asserted 57 affirmative defenses, for a total of 103 such defenses;

WHEREAS, Plaintiff intends to move to strike a number of the affirmative defenses asserted by the Express Scripts Defendants and the Optum Defendants on grounds that they are improper, irrelevant or otherwise fail to meet the appropriate pleading standards;

WHEREAS, Defendants maintain that their asserted defenses are both proper and adequately pled and will oppose the motion;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(f), the present deadline for Plaintiff to move to strike Defendants' affirmative defenses is July 1, 2025, *see* Fed. R. Civ. P. 12(f) (requiring a party to move to strike "within 21 days after being served with the pleading");

WHEREAS, Plaintiff believes that a 14-day extension of the deadline to file its anticipated Motion to Strike Defendants' Affirmative Defenses ("Motion") will allow it to streamline its arguments, avoid excessive or duplicative briefing, and thus avoid unnecessary motion practice and conserve resources of the Parties and this Court;

STIPULATED MOTION AND ORDER
(Case No. 2:24-cv-00049-BJR) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

WHEREAS, Defendants maintain that they are entitled to a separate and fulsome response to Plaintiff's Motion ("Opposition");

WHEREAS, Plaintiff maintains that it is entitled to adequate response ("Reply") in light of Defendants' potential submission of two separate Oppositions to its single Motion;

WHEREAS, given the number of affirmative defenses, the number of Defendants, and the number and complexity of the factual and legal issues to be presented, the Parties believe that good cause exists, consistent with Section II.D of this Court's Standing Order entered January 18, 2024, to establish an extended briefing schedule for the anticipated Motion, Opposition(s) and Reply, and jointly request that this Court approve the proposed schedule;

WHEREAS, the requested relief will not affect any deadlines proposed by the Parties in the Joint Status Report and Discovery Plan, Dkt. No. 100;

NOW THEREFORE, the parties agree to the following briefing schedule, subject to this Court's approval:

1. Plaintiff shall file a single Motion of up to 15 pages on or before July 15, 2025;

2. The Express Scripts Defendants and the Optum Defendants may each file a separate Opposition (up to two briefs of up to 15 pages each), on or before August 19, 2025; and

3. Plaintiff shall file its Reply of up to ten pages in response to each Opposition (up to 20 pages total if Defendants file separate Oppositions), on or before September 12, 2025.

4. The deadline for the Express Scripts Defendants and the Optum Defendants to amend their Answers as a matter of right is extended by one week, from July 1 to July 8, 2025.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

DATED this 30th day of June, 2025.

STIPULATED MOTION AND ORDER
(Case No. 2:24-cv-00049-BJR) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| 1 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 2 | |
| 3 | By */s/ Alicia Cobb* |
| | Alicia Cobb (WSBA #48685) |
| 4 | Nolan Anderson (WSBA #59691) |
| | 1109 First Avenue, Suite 210 |
| 5 | Seattle, Washington 98101 |

1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**   **KELLER ROHRBACK L.L.P.**

By */s/ Alicia Cobb*
Alicia Cobb (WSBA #48685)
Nolan Anderson (WSBA #59691)
1109 First Avenue, Suite 210
Seattle, Washington 98101
T: (206) 905-7000
F: (206) 905-7100
aliciacobb@quinnemanuel.com
nolananderson@quinnemanuel.com

By */s/ Alison S. Gaffney*
Derek W. Loeser, WSBA #24274
David J. Ko, WSBA #38299
Alison S. Gaffney, WSBA #45565
Juli E. Farris, WSBA #17593
Andrew Lindsay, WSBA #60386
Lauren Matosziuk, *state admission pending*
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384

**Attorneys for Plaintiff**

Michael Lyle (*pro hac vice*)
Jonathan G. Cooper (*pro hac vice*)
1300 I St. NW, Suite 900
Washington, DC 20005
T: (202) 538-6600
F: (202) 538-6700
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com

Danielle L. Gilmore (*pro hac vice*)
Sage R. Vanden Heuvel (*pro hac vice*)
Kiel B. Ireland (*pro hac vice*)
865 S. Figueroa St., 10th Fl.
Los Angeles, CA 90017
T: (213) 443-3000
F: (213) 443-3100
daniellegilmore@quinnemanuel.com
sagevandenheuvel@quinnemanuel.com
kielireland@quinnemanuel.com

***Attorneys for Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc, ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., Express Scripts Specialty Distribution Services, Inc.***

STIPULATED MOTION AND ORDER
(Case No. 2:24-cv-00049-BJR) - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**MCDOUGALD LAW GROUP P.S.**

By */s/ Shannon L. McDougald*
Shannon L. McDougald (WSBA #24231)
7900 SE 28th Street, Suite 500
Mercer Island, WA 98004
T: (425) 455-2060
F: (425) 455-2070
smcdougald@mcdougaldlaw.com

**ALSTON & BIRD LLP**
Brian D. Boone (*pro hac vice*)
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
T: (704) 444-1000
F: (704) 444-1111
brian.boone@alston.com
Caroline Rawls Strumph (*pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
T: (404) 881-7000
F: (404) 881-7777
caroline.strumph@alston.com

Alexander Akerman (*pro hac vice*)
Omar Morquecho (*pro hac vice*)
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
T: (213) 576-1000
F: (213) 576-1100
alex.akerman@alston.com
omar.morquecho@alston.com

Meghan McBerry (*pro hac vice*)
55 Second Street, Suite 2100
San Francisco, CA 94105
T: (415) 243-1000
F: (415) 243-1001
meghan.mcberry@alston.com

*Attorneys for OptumRx, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., and The Lewin Group, Inc.*

STIPULATED MOTION AND ORDER
(Case No. 2:24-cv-00049-BJR) - 5

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# ORDER

Having considered the Parties' Stipulation, and good cause having been demonstrated, the Court hereby ORDERS that:

- The Express Scripts Defendants and the Optum Defendants may amend their Answers as a matter of right on or before July 8, 2025.

- Plaintiff King County's Motion to Strike Defendants' Affirmative Defenses ("Motion") shall be filed on or before July 15, 2025.

- Defendants Express Scripts, Inc., Express Scripts Administrators, LLC, Medco Health Solutions, Inc., ESI Mail Order Processing, Inc., ESI Mail Pharmacy Service, Inc., Express Scripts Pharmacy, Inc., and Express Scripts Specialty Distribution Services, Inc. (collectively, the "Express Scripts Defendants") shall have until August 19, 2025, to file their brief in opposition.

- Defendants OptumRx, Inc., Optum, Inc., OptumInsight, Inc., OptumInsight Life Sciences, Inc., and The Lewin Group, Inc. (collectively, the "Optum Defendants") shall have until August 19, 2025, to file their brief in opposition.

- Plaintiff shall have until September 12, 2025, to file its reply to each Opposition.

- Plaintiff shall have up to 15 pages for its Motion. The Express Scripts Defendants and the Optum Defendants may each file a separate Opposition of up to 15 pages each. Plaintiff shall have up to 10 pages to reply to each Opposition (or twenty pages in total if Defendants file separate oppositions).

**IT IS SO ORDERED.**

DATED this 30th day of June 2025.

Honorable Barbara J. Rothstein
United States District Court Judge

STIPULATED MOTION AND ORDER
(Case No. 2:24-cv-00049-BJR) - 6

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# CERTIFICATE OF SERVICE

I, Alison Gaffney, hereby certify that on June 30, 2025, I electronically filed the **STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES** with the clerk of the United States District Court for the Western District of Washington using the CM/ECF system, which shall send electronic notification to all counsel of record.

> */s/ Alison S. Gaffney*
> Alison S. Gaffney

STIPULATED MOTION AND ORDER
(Case No. 2:24-cv-00049-BJR) - 7

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384